

upon full compliance with the Rules of Discovery.

All concur.

■

**Edward GREGORY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39030.**

Missouri Court of Appeals,
Western District.

Sept. 1, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 29, 1987.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and CLARK, JJ.

PER CURIAM.

**ORDER**

Appeal from denial without evidentiary hearing of a Rule 27.26 motion. Judgment affirmed. Rule 84.16(b).

■

**P.L.R., Petitioner-Appellant,**

v.

**J.K.R., Respondent-Cross Appellant.**

**No. WD 38537.**

Missouri Court of Appeals,
Western District.

Sept. 8, 1987.

John W. Dennis, Jr., Independence, for petitioner-appellant.

James R. Brown, Kearney, for respondent-cross-appellant.

Before TURNAGE, P.J., and BERREY and GAITAN, JJ.

PER CURIAM

**ORDER**

P.L.R. and J.K.R. both appeal the trial court's order granting legal and physical custody of their minor child to the maternal grandparents in this dissolution action.

The judgment has been affirmed, per curiam, pursuant to Rule 84.16(b).